JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES HAMILTON, | ) | NO. ED CV 14-2389-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CLIFF ALLENBY, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 17, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE